UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


CHRISTOPHER DOLIN                          )
               Plaintiff,            )
                              )
v.                                         )        **JUDGMENT**
                              )
                              )        No. 4:19-CV-46-FL
JORDAN KINDRED,                            )
*Officer, Riverside Regional Jail Authority*  )
               Defendant.          )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim and for lack of jurisdiction and plaintiff's motion to compel.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 9, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss failure to state a claim and for lack of personal jurisdiction is GRANTED and plaintiff's motion to compel is DENIED. Plaintiff's complaint is DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on October 9, 2019, and Copies To:**
Christopher Dolin (via US mail) 1718 River Rock Drive, Chester, VA 23836
Samuel Allen Slater / Jeff Rosen (via CM/ECF Notice of Electronic Filing)

October 9, 2019                          PETER A. MOORE, JR., CLERK


                                     /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk